IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAIME BRAVO, *et al.*,

       Plaintiffs,

v.                                        CIV 08-0010 WJ/KBM

BOARD OF COMMISSIONERS FOR THE
COUNTY OF DOÑA ANA, *et al.*,

       Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 28, 2009. *See Doc. 138.* The proposed findings notify the parties of their ability to file objections, and that failure to do so waives appellate review. To-date, no party has filed objections or requested an extension to do so.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 138*) is ADOPTED;

2.  Plaintiffs' Motion for Sanctions *(Doc. 115)* is GRANTED;

3.  The County Defendants shall forthwith pay sanctions to Plaintiffs
    in the amount of $7,394.00.

_____
UNITED STATES DISTRICT JUDGE